# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         NO. 4:09CR00086-010 SWW

CANDICE RUSSELL

### ORDER

Pending before the Court is government's motion for dismissal of the second superseding indictment against defendant, **CANDICE RUSSELL**. The defendant has resolved her case through the Court's acceptance of her guilty plea to Count 1 of the superseding indictment in this case.

IT IS SO ORDERED that the government's motion to dismiss defendant [doc #185] is *granted* and the second superseding indictment as to defendant **CANDICE RUSSELL** hereby is *dismissed*.

DATED this 19th day of January 2010

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE